Myrtie **ELWELL** et al., Appellants, v. George **RASMUSSEN**, Trustee in Bankruptcy, etc.
No. 10236.

Circuit Court of Appeals, Eighth Circuit.
March 14, 1935.

E. B. Perry, Robert Van Pelt, and Lloyd J. Marti, all of Lincoln, Neb., and H. G. Wellensiek, of Grand Island, Neb., for appellants.

W. C. Fraser, of Omaha, Neb., for appellee.

PER CURIAM.

Appeal dismissed, with costs, on motion of appellee.

Arthur **EMMERT** v. **UNITED STATES** of America.
No. 5122.

Circuit Court of Appeals, Seventh Circuit.
April 9, 1935.

H. J. Bandy, of Granite City, Ill., for appellant.

Arthur Roe, of Vandalia, Ill., for the United States.

Before EVANS, SPARKS, and ALSCHULER, Circuit Judges.

PER CURIAM.

On motion of counsel for appellant, Arthur Emmert, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed.

It appearing to the court that an order was entered in this cause in this court on December 15, 1933, granting supersedeas and bail to appellant, and that on December 29, 1933, the bond of appellant was approved and filed pursuant to said order, and the said appellant was released from custody pending the disposition of this appeal or until the further order of this court: It is now here ordered that the supersedeas heretofore granted appellant, Arthur Emmert, be, and the same is hereby, vacated.

In the Matter of Emil **ERICKSON** et al., Debtors.

**FIRST NATIONAL BANK OF CHICAGO** v. Emil **ERICKSON** et al.
No. 5206.

Circuit Court of Appeals, Seventh Circuit.
April 2, 1935.

Before SPARKS and ALSCHULER, Circuit Judges.

PER CURIAM.

This cause coming on to be heard upon the petition of the First National Bank of Chicago, a national banking association, as trustee by consolidation with First Union Trust & Savings Bank, a corporation, formerly First Trust & Savings Bank, successor in trust by consolidation to Union Trust Company, organized and doing business under the laws of the state of Illinois, as trustee under the trust deed from Emil O. Erickson and Hulda Maria Erickson, his wife, dated June 1, 1938, and filed for record in the office of the recorder of deeds of Cook county, Ill., on June 20, 1928, as Document No. 10062524, this day filed herein, and upon due notice to C. W. Mead, of Chicago, Ill., attorney for Emil Erickson and Hulda Maria Erickson, copartners, Debtors, appellees, and Sonnenschein, Berkson, Lautmann, Levinson & Morse, of Chicago, Ill., attorneys for the Reorganization Committee under the Deposit Agreement dated April 15, 1931, and the court being fully advised in the premises, and having heard the motion of the appellant herein to dismiss the appeal now pending in the above entitled cause, it is hereby ordered, adjudged, and decreed that this appeal be, and the same is hereby, dismissed, without costs; all costs having been paid.